UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| Gemini Insurance Company,<br><br>   Plaintiff/Counter-Defendant,<br><br>   v.<br><br>Earth Treks, Inc.,<br><br>   Defendant/Counter-Plaintiff. | CASE NO.: 1:16-cv-02520-RDB |

## ORDER

**UPON CONSIDERATION** of the Joint Motion to Bifurcate Trial, any opposition thereto, and the entire record in this matter, it is hereby:

**ORDERED** that the Joint Motion is GRANTED; and

**ORDERED** that the issue of liability shall be resolved prior to the presentation of any evidence of damages.

**DONE AND ORDERED** this \_\_\_22nd\_\_\_ day of \_\_\_December\_\_\_, 2016.

_____
HONORABLE RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

cc:

William H. White Jr. (#13969)
Mana Kinoshita (#07167)